**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**BOSTON, MASSACHUSETTS**

_____
                                              )
SAMUEL KINUTHIA GICHARU,     )
                                              )
   Plaintiff,                         )
                                              )
   v.                                    )   C.A. No. 18-10927-IT
                                              )
DONNA CARR, Chief Clerk, Board of )
Immigration Appeals; JAMES McHENRY, )
Director, Executive Office for Review; and )
MICHAEL E. HOROWITZ, Civil Rights & )
Civil Liberties Complaints, U.S Department of )
Justice,                                 )
                                              )
   Defendants.                       )
_____  )

**Entry of Appearance**

Please enter my appearance on behalf of the above captioned plaintiff for the previously filed *pro se* Complaint for Declaratory and Injunctive Relief on Agency Failure.

                      Respectfully filed
                      For the Plaintiff,

                      _/s/_ Joanna Golding_____
                      Joanna M. Golding, Esq.
                      Joanna@tnpassociates.com
                      Trupti N. Patel & Associates
                      155 Middlesex Turnpike
                      Burlington, Massachusetts 01803
                      Phone: (617) 367-6750
                      Facsimile: (617) 367-0285
                      Dated:__7/12/2018_____