UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SAMUEL KINUTHIA GICHARU, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 18-cv-10927-IT |
| | * | |
| DONNA CARR, JAMES McHENRY, | * | |
| and MICHAEL E. HOROWITZ, | * | |
| | * | |
| Defendants. | * | |

ORDER

July 20, 2018

TALWANI, D.J.

Before the court is pro se Plaintiff Samuel Kinuthia Gicharu's Motion for Default Judgment [#9]. The Complaint [#1] was filed on May 9, 2018, naming three federal government defendants, purportedly in their personal capacity: Donna Carr, Chief Clerk of the Bureau of Immigration Appeals, James McHenry, Director of the Executive Office for Immigration Review, and Michael Horowitz, Civil Rights & Civil Liberties Complaints, U.S. Department of Justice. Summons were served on Defendant Carr on May 14, 2018, and on Defendant McHenry on May 16, 2018. At the time of filing the Motion for Default Judgment [#9], Plaintiff had not represented whether summons have been served on Defendant Horowitz.

Under Federal Rule of Civil Procedure 4, where officers of the United States are being sued in their official capacities, service must be effected by (1) delivering copies of the summons and complaint either to the United States Attorney for the district where the action is brought, or to an assistant United States attorney or clerical employee whom the United States designates in a writing filed with the court clerk, (2) sending a copy of the summons and complaint by

registered by registered or certified mail to the Attorney General of the United States at Washington, D.C., and (3) where the action challenges an order of a nonparty agency or officer of the United States, sending a copy of the summons and complaint by registered or certified mail to the agency or officer. Fed. R. Civ. P. 4(i)(1).

Where an officer of the United States is sued in an individual capacity, regardless whether or not the officer or employee is also sued in an official capacity, a party must serve the United States and also serve the officer or employee in accordance with Federal Rule of Civil Procedure 4(e), (f), or (g). Fed. R. Civ. P. 4(i)(3). Whether sued in an individual or official capacity, the United States and its officers or employees have 60 days to respond after receiving service. Fed. R. Civ. P. 12(a)(2)-(3).

Because Plaintiff had not perfected service on Defendants Carr and McHenry in compliance with Rule 4, and had not yet effected service on Defendant Horowitz at the time of filing the Motion for Default Judgment [#9], the motion is DENIED without prejudice.

IT IS SO ORDERED.

Date: July 20, 2018 /s/ Indira Talwani
United States District Judge