UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL KINUTHIA GICHARU, </br></br> Plaintiff, </br></br> v. </br></br> DONNA CARR, Chief Clerk, Board of Immigration Appeals; JAMES McHENRY, Director, Executive Office for Review; and MICHAEL E. HOROWITZ, Civil Rights & Civil Liberties Complaints, U.S. Department of Justice, </br></br> Defendants. | C.A. No. 18-10927-IT |

## PARTIES' LOCAL RULE 16.1(D) STATEMENT

This is an action brought by Plaintiff under the Administrative Procedures Act ("APA") seeking an order from this Court requiring the Board of Immigration Appeals ("BIA") to reissue its decision dated March 8, 2013 ("2013 BIA Order"), which affirmed the immigration judge's order denying Plaintiff relief from removal, so Plaintiff can proceed with a Petition for Review ("PFR") with the First Circuit Court of Appeals and Motion to Reopen of the 2013 BIA Order. Plaintiff asserts that he did not get timely notice of the 2013 BIA Order from the BIA or from his attorney (Plaintiff asserts that he only received the decision through a FOIA request) which precluded him from filing the aforementioned PFR and timely Motion to Reopen.

**I.       Timetable for Discovery and Motion Practice**

    1.       <u>Fact Discovery</u>

Because this is an action which is based solely on the administrative record with the BIA, adjudication through motion to dismiss or for summary judgment, without prior discovery, is the

proper avenue for disposition.  Defendant will be filing a Declaration from the appropriate individual at the BIA detailing the filings and proceedings in immigration court.   Plaintiff is in receipt of the entire administrative record of the BIA, has disclosed this to Defendant, and reserves the right to file additional evidence in response to Defendant's motions or declarations.

2.  Dispositive Motions

    a.  Defendant will file a Motion to Dismiss or for Summary Judgment in this matter, which will include pertinent filings of Plaintiff with the BIA.

    b.  Opposition to Defendant's Motion to Dismiss or for Summary Judgment will be due 21 days later and replies due 15 days thereafter, respectively.

**II.**  **Consent to Magistrate Judge**

The Parties do not consent to adjudication by Magistrate Judge

**III**.   **Settlement Proposal**

Plaintiff presented a written settlement proposal to Defendant on August 13, 2018 which has been rejected.

**IV.**  **Certification Pursuant to Local Rule 16.1**

Certifications pursuant to local Rule 16.1 will be filed separately.

                        Respectfully submitted,

| For the Plaintiff, | ANDREW E. LELLING |
| --- | --- |
|  | United States Attorney |
|  |  |
| By: */s/ Joanna Golding* | By: */s/ Michael Sady* |
| Joanna M. Golding (BBO# 667197) | Michael Sady (BBO #552934) |
| Trupti N. Patel & Associates | Assistant United States Attorney |
| 155 Middlesex Turnpike, Ste. 1 | United States Attorney's Office |
| Burlington, MA  01803 | 1 Courthouse Way, Suite 9200 |
| (617) 367-6750 | Boston, MA  02210 |
| joanna@tnpassociates.com | (617) 748-3100 |
|  | Michael.Sady@usdoj.gov |

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Michael Sady*
                                          Michael Sady
                                          Assistant United States Attorney

Dated:  August 20, 2018